IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIZHA PABON** <br> *Plaintiff*, <br><br> v. <br><br> **ROOT INSURANCE COMPANY** <br> *Defendant*. | **CIVIL ACTION** <br><br> **NO. 24-4786** |

### ORDER RE: DEFENDANT'S MOTION TO REMAND TO COMPULSORY FEDERAL ARBITRATION PROGRAM

**AND NOW**, this 10th day of January, 2025, after consideration of Defendant's Motion to Remand (ECF 8), Plaintiff's Opposition (ECF 9), and Defendant's Reply (ECF 10), it is hereby **ORDERED** that Defendant's Motion to Remand is **DENIED**.

                                        **BY THE COURT:**

                                        /s/ Michael M. Baylson
                                        _____
                                        **MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-4786 Pabon v Root Insurance\21-4395 Order on on Motion to Remand.docx